IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 5:08-mj-000034 TAG |
| ) | 5:08-mj-000039 TAG |
| Plaintiff, ) | 5:08-mj-000041 TAG |
| v. ) | 5:08-mj-000042 TAG |
| ) | 5:08-mj-000035 TAG |
| ADRIAN NEGRETE-HERNANDEZ, ) | 5:08-mj-000036 TAG |
| JANET MARTINEZ, ) | 5:08-mj-000038 TAG |
| JUAN DELGADO-MONTENEGRO, ) | 5:08-mj-000037 TAG |
| "GUERITA," ) | 5:08-mj-000040 TAG |
| ISMAEL CASAS, ) | 5:08-mj-000032 TAG |
| MICHAEL RAMOS, ) | |
| OLEGARIO TRUJILLO, ) | |
| LUIS CORTEZ-MENDOZA, ) | |
| ALEJANDRO MEJIA, and ) | |
| PEDRO DELGADO-MONTENEGRO ) | |
| ) | |
| Defendants. | |

ORDER TO UNSEAL ARREST WARRANTS
AND CRIMINAL COMPLAINTS

**Under Seal**

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaints and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints and Arrest

1

1  Warrants in the above-entitled proceedings shall be unsealed.
2  DATED: December 10, 2008

    *Theresa A. Goldner* (signature)
    THERESA A. GOLDNER
    U.S. Magistrate Judge

```
 1
 2  McGREGOR W. SCOTT
    United States Attorney
 3  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 4  2500 Tulare Street
    Fresno, California 93721
 5  Telephone: (559) 497-4000
 6
                IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                      EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,       )   5:08-mj-000034 TAG
                                    )   5:08-mj-000039 TAG
10       Plaintiff,                 )   5:08-mj-000041 TAG
                                    )   5:08-mj-000042 TAG
11       v.                         )   5:08-mj-000035 TAG
                                    )   5:08-mj-000036 TAG
12                                  )   5:08-mj-000038 TAG
    ADRIAN NEGRETE-HERNANDEZ,       )   5:08-mj-000037 TAG
13  JANET MARTINEZ,                 )   5:08-mj-000040 TAG
    JUAN DELGADO-MONTENEGRO,        )   5:08-mj-000032 TAG
14  "GUERITA,"                      )
    ISMAEL CASAS,                   )
15  MICHAEL RAMOS,                  )
    OLEGARIO TRUJILLO,              )
16  LUIS CORTEZ-MENDOZA,            )
    ALEJANDRO MEJIA, and            )
17  PEDRO DELGADO-MONTENEGRO,       )   APPLICATION TO UNSEAL CRIMINAL
                                    )   COMPLAINTS AND ARREST WARRANTS
18       Defendants.                )
                                    )
19  _____ )
20
21       The United States of America hereby applies to this Court for
22  an order unsealing the arrest warrants and criminal complaints in
23  the above-captioned proceedings.
24       This motion is based on the fact that the defendants in these
25  matters were arrested on the criminal complaints.
26  Dated: December 10, 2008              Respectfully submitted,
27                                        McGREGOR W. SCOTT
                                          United States Attorney
28                                   By:  /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

                                     1
```