```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:08-cr-0435 AWI
                                   )
12                  Plaintiff,     )
                                   )
13       v.                        )  STIPULATION RE:
                                   )  CONTINUANCE AND ORDER
14  JUAN DELGADO MONTENEGRO, et al.,)
                                   )
15                                 )
                    Defendants.    )
16  _____ )
```

17   Defendant JUAN DELGADO MONTENEGRO, by and through his
18 attorney, ANDRES Z. BUSTAMANTE, Defendant AGUEDA PEREZ, by and
19 through his attorney, JAMES R. HOMOLA, Defendant MICHAEL RAMOS, by
20 and through his attorney, STEVEN L. CRAWFORD, Defendant ADRIAN
21 NEGRETE-HERNANDEZ, by and through his attorney, KATHERINE L. HART,
22 Defendant ALEJANDRO MEJIA, by and through his attorney, ERIC
23 FOGDERUDE, and the United States of America, by and through its
24 attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN
25 A. ESCOBAR, Assistant United States Attorney, hereby enter into
26 the following stipulation:
27   1.  The parties to the above-captioned matter agree to stay
28 the pending motions schedule but keep the current hearing date of

                                1

1 December 14, 2009, in order to further plea discussions. At that
2 time, if the parties do not resolve the matter, the parties will
3 request the setting of a new motions schedule.
4     2. Further, with respect to defendant ALEJANDRO MEJIA, Mr.
5 FOGDERUDE has indicated to counsel for the government that the
6 defendant intends to enter a guilty plea. He requests that his
7 appearance be excused on December 14 and would request that his
8 case be set for a change of plea on January 4, 2010, at 9 a.m.

DATED: November 24, 2009  
Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney

By: /s/ Karen A. Escobar  
   KAREN A. ESCOBAR  
Assistant U.S. Attorney

/s/ Andres Z. Bustamante  
ANDRES Z. BUSTAMANTE  
Attorney for Defendant  
JUAN DELGADO MONTENEGRO

/s/ James R. Homola  
JAMES R. HOMOLA  
Attorney for Defendant  
AGUEDA PEREZ

/s/ Katherine L. Hart  
KATHERINE L. HART  
Attorney for Defendant  
ADRIAN NEGRETE-HERNANDEZ

/s/ Steven L. Crawford  
STEVEN L. CRAWFORD  
Attorney for Defendant  
MICHAEL RAMOS

/s/ Eric K. Fogderude  
ERIC K. FOGDERUDE  
Attorney for Defendant  
ALEJANDRO MEJIA

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current motions schedule is hereby stayed and the hearing set for December 14, 2009, at 11:00 a.m. will be considered a status conference. The parties will advise the Court at that time whether it is necessary to set a further briefing schedule.

IT IS FURTHER ORDERED that defendant ALEJANDRO MEJIA's presence at the December 14 hearing being excused and that he appear on January 4, 2010, for a change of plea.

IT IS SO ORDERED.

**Dated:   November 24, 2009**            /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE