```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )   1:08-CR-435 AWI
                                   )
11                                 )
                Plaintiff,         )
12                                 )
         v.                        )   STIPULATION RE:
                                   )   CONTINUANCE AND ORDER
13                                 )
                                   )
14  JUAN DELGADO MONTENEGRO, et al., )
                                   )
15                                 )
                                   )
16              Defendants.        )
    _____)
17
```

Defendant JUAN DELGADO MONTENEGRO, by and through his attorney, ANDRES BUSTAMANTE, Defendant MICHAEL RAMOS, by and through his attorney, STEVEN CRAWFORD, and Defendant ADRIAN NEGRETE-HERNANDEZ, by and through his attorney, KATHERINE HART, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the current motions schedule and hearing date to further enable plea negotiations.

1

2. Accordingly, the parties agree to stay the current motions schedule and reset the hearing currently set for June 1 at 11:00 a.m. to June 21 at 11:00 a.m.

3. The parties stipulate that the continuance is necessitated by the parties' need to continue negotiations, defense need for further investigation, and unavailability of the government's attorney due to her annual leave scheduled June 6 through June 16.

4. The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to present evidence and/or resolve the matter.

DATED: May 24, 2010                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Karen A. Escobar
                                         KAREN A. ESCOBAR
                                       Assistant U.S. Attorney

                                       /s/ Andres Bustamante
                                       ANDRES BUSTAMANTE
                                       Attorney for Defendant
                                       Juan Delgado Montenegro

                                       /s/ Steven Crawford
                                       STEVEN CRAWFORD
                                       Attorney for Defendant
                                       Michael Ramos

                                       /s/ Andres Bustamante
                                       KATHERINE HART
                                       Attorney for Defendant
                                       Adrian Negrete-Hernandez

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of June 1, 2010 is hereby vacated and is reset for June 21, 2010, at 11:00 a.m.

IT IS FURTHER ORDERED THAT the filing of the current motion schedule is hereby stayed.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to present evidence and/or resolve the matter.

IT IS SO ORDERED.

**Dated:   May 26, 2010**            /s/ Anthony W. Ishii
                           CHIEF UNITED STATES DISTRICT JUDGE

3