**Law Offices of Andres Bustamante**
**Andres Z. Bustamante- Bar No. 147025**
**634 S. Spring Street, Suite 910**
**Los Angeles, CA 90014**
**Telephone (213) 891-9009**
**Facsimile (213) 627-1655**

Attorney for Defendant
Juan Delgado Montenegro

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.: 08CR00435 AWI** |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| JUAN DELGADO MONTENEGRO, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

Defendant Juan Delgado Montenegro's Motion to Withdraw Motion to Suppress Wiretap Evidence or, in the Alternative, Setting an Evidentiary Hearing, is hereby:

___**X**___ Granted

_____ Denied

IT IS SO ORDERED.

Dated: __July 28, 2010__  _____
                                              CHIEF UNITED STATES DISTRICT JUDGE

1